IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.:  5:16CR51-RLV |
|---|---|---|
| v. | ) | **ORDER TO DISMISS THE INDICTMENT** |
| ALEJANDRO RAUL CANAS-RAMIREZ | ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment against the defendant Alejandro Raul Canas-Ramirez.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

Signed: September 8, 2016

Richard L. Voorhees
United States District Judge